Benjamin C. Durham (7684)
BENJAMIN DURHAM LAW FIRM
601 S Rancho Dr, Ste B14
Las Vegas, Nevada 89106
(702) 631-6111
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

EDWARD SNOECK,

        Defendant.

CASE NO: 2:18-CR-284

**UNOPPOSED MOTION FOR PRE-PLEA PRESENTENCE INVESTIGATION REPORT & PROPOSED ORDER**

    Defendant EDWARD SNOECK, by and through his attorney Benjamin C. Durham, moves the court to order a pre-plea presentence investigation report. Mr. Snoeck may have prior convictions that would impact his sentencing exposure and plea negotiations; the convictions could result in a sentencing disparity of several years in prison. The presentence report will promote judicial economy and assist in the resolution of this case. Undersigned counsel respectfully requests an order that the U.S. Probation Office conduct a pre-plea presentence investigation report. Counsel has spoken with Assistant United States Attorney Susan Cushman and she does not oppose this request.

    DATED this 29th day of May, 2019.

                                   /s/ Benjamin Durham_____
                                   Benjamin C. Durham
                                   Nevada Bar No. 7684
                                   601 S Rancho Dr, Ste B14
                                   Las Vegas, Nevada 89106
                                   (702) 631-6111
                                   *Attorney for Defendant*

Benjamin C. Durham (7684)
BENJAMIN DURHAM LAW FIRM
601 S Rancho Dr, Ste B14
Las Vegas, Nevada 891016
(702) 631-6111
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>EDWARD SNOECK,<br><br>　　　　Defendant. | CASE NO: 2:18-CR-284<br><br>**<u>ORDER</u>** |

　　IT IS HEREBY ORDERED that the U.S. Probation Office shall prepare a pre-plea presentence investigation report for Defendant EDWARD SNOECK.

　　DATED June 3, 2019.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF ELECTRONIC SERVICE**

I hereby certify that I served the foregoing MOTION on all parties via electronic filing on the 29th day of May, 2019.

*/s/ Cristina Flores*
_____
An employee of Benjamin Durham Law Firm