Benjamin C. Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S Rancho Dr Ste B14
Las Vegas, Nevada 89106
702.631.6111

*Attorney for Defendant*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 2:18-cr-284-JCM-VCF |
| Plaintiff, | ) | |
| | ) | **STIPULATION TO CONTINUE** |
| vs. | ) | **SENTENCING** |
| | ) | (First Request) |
| EDWARD SNOECK, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS HEREBY STIPULATED AND AGREED, by and between SUSAN CUSHMAN, Assistant United States Attorney, counsel for Plaintiff, and BENJAMIN DURHAM, counsel for Defendant, that the sentencing currently scheduled for December 5, 2019, be vacated and continued until the week of December 16, 2019, to a date and time convenient to the court.

This Stipulation is entered into for the following reasons:

1. The sentencing in this matter was originally scheduled for December 3, 2019, but due to a scheduling conflict, the sentencing date was moved to December 5, 2019.

2. Defense counsel will be out of the jurisdiction and unavailable on December 5

because of a previously scheduled, out-of-state court hearing.

3. All parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage of justice.

6. This is the first request to continue sentencing filed herein.

DATED this 25th day of November, 2019.

| BENJAMIN DURHAM LAW FIRM | NICHOLAS TRUTANICH |
| --- | --- |
|  | United States Attorney |
| /s/ Benjamin Durham | /s/ Susan Cushman |
| BENJAMIN DURHAM | SUSAN CUSHMAN |
| Nevada Bar No. 7684 | Assistant United States Attorney |
| 601 S Rancho Dr Ste B14 | 501 Las Vegas Blvd So. #1100 |
| Las Vegas, NV 89106 | Las Vegas, Nevada 89101 |
| Attorney for Defendant | Attorney for Plaintiff |

/ / /

/ / /

/ / /

/ / /

Benjamin C. Durham
Nevada Bar No. 7684
BENJAMIN DURHAM LAW FIRM
601 S Rancho Dr. Ste B14
Las Vegas, Nevada 89106
702.631.6111

*Attorney for Defendant*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 2:18-cr-284-JCM-VCF |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| EDWARD SNOECK, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## **FINDINGS OF FACT**

Based on the pending stipulation of counsel, and good cause appearing, the Court finds:

1. The sentencing in this matter was originally scheduled for December 3, 2019, but due to a scheduling conflict, the sentencing date was moved to December 5, 2019.

2. Defense counsel will be out of the jurisdiction and unavailable on December 5 because of a previously scheduled, out-of-state court hearing.

3. All parties agree to the continuance.

4. The additional time requested herein is not sought for purposes of delay.

5. Additionally, denial of this request for continuance could result in a miscarriage

of justice.

6. This is the first request to continue sentencing filed herein.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the sentencing.

## **CONCLUSIONS OF LAW**

The ends of justice served by granting said continuance outweigh the best interest of the public, since the failure to grant said continuance would be likely to result in a miscarriage of justice, would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for sentencing, taking into account the exercise of due diligence.

## **ORDER**

IT IS HEREBY ORDERED that the sentencing currently scheduled for December 5, 2019 be continued to **December 17**, 2019, at the hour of **10:00 A.M.**

DATED November 25, 2019.

_____
UNITED STATES DISTRICT JUDGE