RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
HEIDI A. OJEDA
Assistant Federal Public Defender
Nevada Bar No. 12223
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Heidi_Ojeda@fd.org

Attorney for Edward Snoeck

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD SNOECK,<br><br>    Defendant. | Case No. 2:18-cr-00284-JCM-VCF<br><br>**Stipulation to Continue Supplement's Deadline to Motion for Compassionate Release**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Heidi A. Ojeda, Assistant Federal Public Defender, counsel for Edward Snoeck, request that the due date for Mr. Snoeck's Supplement to Motion for Compassionate Release (ECF No. 142), be extended from January 19, 2024, to February 19, 2024; and that the due date for the government's response be extended until March 4, 2024.

This Stipulation is entered into for the following reasons:

1. On January 5, 2024, Mr. Snoeck filed a motion seeking an order reducing her sentence or modifying her judgment under the compassionate release statute at 18 U.S.C. §§ 3582(c) and 3553(a).  ECF No. 142.

2. Defense counsel has not had the opportunity to speak with Mr. Snoeck to discuss related issues to the motion.

3. Defense counsel needs additional time to investigate Mr. Snoeck's personal and family medical issues, which are pertinent to the supplement.

4. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

5. The defendant is in custody and agrees with the need for a continuance.

6. The parties agree to the continuance.

This is the first request for a continuance of the supplement deadline.

DATED this 12th day of January, 2024.

RENE L. VALLADARES  
Federal Public Defender

By /s/ Heidi A. Ojeda  
HEIDI A. OJEDA  
Assistant Federal Public Defender

JASON M. FRIERSON  
United States Attorney

By /s/ Jim W. Fang  
JIM W. FANG  
Assistant United States Attorney

2

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>EDWARD SNOECK,<br><br>    Defendant. | Case No. 2:18-cr-00284-JCM-VCF<br><br>ORDER |

     IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing her Supplement to Motion for Compassionate Release, that the Defendant's deadline to file his Supplement is extended to February 19, 2024; and that the Government's deadline to file its response is extended to March 4, 2024.

     DATED January 16, 2024.

                                                  _____
                                                  UNITED STATES DISTRICT JUDGE